UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07CR94-C

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | ORDER FOR DISMISSAL |
| ) | |
| **JOHN LYNN LATTAKER** ) | |
| A/k/a "Edward Miller" ) | |

This matter is before the Court on Motion of the government (Doc. No. 21).

Leave of Court is hereby granted for the dismissal of Counts Seven through Nine of the Bill of Indictment in the above-captioned case without prejudice.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshal Service and the United States Attorney's Office.

Signed: August 10, 2007

Robert J. Conrad, Jr.
Chief United States District Judge