IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07-CR-00094-RJC-DSC

| USA | ) | |
| :--- | :--- | :--- |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JOHN LYNN LATTAKER | ) | |
| | ) | |

**THIS MATTER** is before the Court upon notice of the defendant pro se complaining about the deductions from his inmate trust account by the Bureau of Prisons (BOP). (Doc. No. 64).

An attack on the execution of a federal sentence, including claims related to the Inmate Financial Responsibility Program (IFRP), must be brought in an action pursuant to 28 U.S.C. § 2241 in the district where an inmate is confined after exhaustion of administrative remedies. United States v. Miller, 871 F.2d 488, 490 (4th Cir. 1989); Coleman v. Brooks, 133 F. App'x 51, 53 (4th Cir. 2005) (IFRP claim properly brought under § 2241). Here, the defendant is incarcerated at the United States Penitentiary in Pollack, Louisiana. Accordingly, the Court is without jurisdiction to grant the requested relief.

**IT IS, THEREFORE, ORDERED,** that the defendant's request (Doc. No. 64) is **DENIED** without prejudice to be brought in the appropriate district.

Signed: August 27, 2021

Robert J. Conrad, Jr.
United States District Judge