IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07-CR-00094-RJC-SCR

| USA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JOHN LYNN LATTAKER | ) | |
| | ) | |

**THIS MATTER** comes before the Court on the defendant's pro se Motion to Modify Sentence, pursuant to 18 U.S.C. § 3582(c)(2). (Doc. No. 94).

Title 18, United States Code, Section 3582(c)(2) allows a court to reduce a sentence based on a guideline range that has been subsequently lowered by the Sentencing Commission if consistent with its policy statements. Here, the defendant relies on Amendment 829, (Doc. No. 94: Motion at 2), which is not designated as retroactive by the Commission in its policy statement, USSG §1B1.10(a)(1), (d) (2024). Thus, he is not entitled to relief.

**IT IS, THEREFORE, ORDERED** that the defendant's Motion to Modify Sentence, (Doc. No. 94), is **DENIED.**

Signed: December 2, 2024

Robert J. Conrad, Jr.
United States District Judge